BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655
Email: bhgetz@pacbell.net

Attorney for Defendant
RICHARD BAI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-09-0110-SI (MAG) |
|---|---|
| Plaintiff, | **DEFENDANT RICHARD BAI'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT RICHARD BAI** |
| v. | |
| RICHARD BAI, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that Defendant Richard Bai, has retained The Law Offices of Brian H Getz to substitute as counsel for Randall G. Knox in the above-captioned matter.

Withdrawing counsel for Defendant Richard Bai is:

    Randall G. Knox
    The Law Office of Randall Knox
    870 Market Street, Suite 820
    San Francisco, CA 94102
    Phone: (415) 765-7500
    Fax: (415) 765-7501
    Email: randyknox@aol.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant Richard Bai:

    Brian H Getz
    Law Offices of Brian H Getz
    44 Montgomery Street, Suite 3850
    San Francisco, CA 94104
    Phone: (415) 912-5886
    Fax: (415) 438-2655
    Email: bhgetz@pacbell.net

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: February 4, 2013    LAW OFFICES OF BRIAN H GETZ

                                        /s/
                                    BRIAN H GETZ

Dated: February 4, 2013    THE LAW OFFICE OF RANDALL KNOX

                                        /s/
                                    RANDALL G. KNOX

I hereby attest that I obtained concurrence in the filing of this document from the signatory on this efiled document.

Dated: February 4, 2013                LAW OFFICES OF BRIAN H GETZ


                                        /s/
                                       BRIAN H GETZ

**IT IS SO ORDERED.**

Dated: 2-11-13

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES DISTRICT MAGISTRATE JUDGE