1  HEATHER S. TEWKSBURY (Cal. Bar No. 222202)
   BRENT C. SNYDER (Cal. Bar No. 165888)
2  Antitrust Division
   United States Department of Justice
3  450 Golden Gate Avenue
   Box 36046, Room 10-0101
4  San Francisco, CA 94102-3478
   Telephone:  (415) 436-6660
5  Facsimile:   (415) 436-6687
   Heather.tewksbury@usdoj.gov
6  Attorneys for the United States

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA          )  Case No. CR-09-0110 SI
                                      )
13              v.                    )  STIPULATION AND [PROPOSED]
                                      )  ORDER TO CONTINUE HEARING
14  BORLONG BAI, aka RICHARD BAI,     )  ON DEFENDANT'S MOTION TO SET
                                      )  CONDITIONS OF PRETRIAL
15              Defendant.            )  RELEASE
                                      )
16                                    )
                                      )  Date:   February 12, 2013
17                                    )
                                      )
18                                    )
                                      )
19                                    )
                                      )

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION
[CR-09-0110 SI]

1  WHEREAS, counsel for the United States is unavailable on the currently scheduled
2  hearing date for defendant Bai's Motion to Set Conditions of Pretrial Release which was filed on
3  February 7, 2013 (Dkt. #1104) and which is set for hearing on February 22, 2013 at 9:30 a.m.;
4  and
5  WHEREAS, counsel for defendant Bai does not object to a continuance of the February
6  22, 2013 hearing date;
7  IT IS HEREBY STIPULATED AND AGREED by undersigned counsel on behalf of the
8  United States and defendant Richard Bai that:
9      (1) The hearing on defendant Richard Bai's Motion to Set Conditions of
10 Pretrial Release will be continued to February 28, 2013 or as soon thereafter as the Court's
11 schedule will accommodate.
12     (2) The briefing schedule will remain the same with the United States'
13 Opposition due February 15, 2013 and defendant Bai's Reply due Monday February 18, 2013.

Respectfully submitted,

DATED: February 12, 2013

/s/
HEATHER S. TEWKSBURY
Antitrust Division
U.S. Department of Justice

DATED: February 12, 2013

/s/
BRIAN H GETZ
Attorney for Defendant Richard Bai

**IT IS SO ORDERED.**

DATED: 2-12-13, 2013

The Honorable Maria-Elena James
United States District Magistrate Judge

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION
[CR-09-0110 SI]