Brian H. Getz (SBN 85593)
LAW OFFICES OF BRIAN GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Email: bhgetz@pacbell.net

Patrick D. Robbins (SBN 152288)
Mikael A. Abye (SBN 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: probbins@shearman.com
       mabye@shearman.com

Attorneys for Defendant Borlong "Richard" Bai

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BORLONG BAI, a.k.a. RICHARD BAI,<br><br>          Defendant. | Case No.: CR 09-0110-5 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE OPPOSITION TO MOTION REGARDING CO-CONSPIRATOR STATEMENTS AND ADMISSIONS OF A PARTY-OPPONENT**<br><br>Hearing Date:   September 10, 2013<br>Judge:          Hon. Susan Illston<br>Courtroom:      10<br><br>Pretrial Conference: September 10, 2013<br>Trial Date:          September 23, 2013 |

1   **WHEREAS,** on August 8, 2013, the United States filed a motion regarding co-conspirator statements under Fed. R. Evid. 801(d)(2)(E) and admissions of a party-opponent under Fed. R. Evid. 801(d)(2)(A) ("the Motion");

**WHEREAS,** Defendant Richard Bai's opposition to the Motion is due on August 15, 2013;

**WHEREAS,** Defendant Richard Bai requires an extension of two court days to adequately review the materials underlying the Motion and to respond to it;

**WHEREAS,** the United States does not object to the requested extension of time for Mr. Bai to file a response to the Motion;

 **IT IS HEREBY STIPULATION AND AGREED** by and between the United States and Mr. Bai, and their respective counsel, that:

1. Mr. Bai shall file his opposition to the Motion on Monday, August 19, 2013;
2. The United States shall file its reply in further support of the Motion, if any, on Monday, August 26, 2013; and
3. The hearing on the Motion shall remain September 10, 2013 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated:  August 14, 2013           SHEARMAN & STERLING LLP

                                  By:  /s/*Patrick D. Robbins*
                                       PATRICK D. ROBBINS

                                  *Attorney for Defendant Richard Bai*

Dated:  August 14, 2013           U.S. DEPARTMENT OF JUSTICE, ANTITRUST DIVISION

                                  By:  /s/*Heather S. Tewksbury*
                                       HEATHER S. TEWKSBURY

                                  *Attorney for the United States*

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: August 15 2013

_____
HONORABLE SUSAN ILLSTON
United States District Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Patrick D. Robbins, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Heather S. Tewksbury, attorney for the United States has concurred in this filing.

DATED:  August 14, 2013

By:  /s/*Patrick D. Robbins*
PATRICK D. ROBBINS