IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>RICHARD BAI, *et al.*,<br><br>            Defendants.<br>                                                             / | No. CR 09-110 SI<br><br>**ORDER DISMISSING CERTAIN INDIVIDUALS FROM JURY SERVICE** |

The following individuals are excused from jury service in this case:  Mark Lewis, Jason Brackett, Carmen Castro Rojas, Caren Wu, and Johnny Gu.

**IT IS SO ORDERED.**

Dated: September 20, 2013

SUSAN ILLSTON
United States District Judge